IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00650-BNB

FERNANDO BENEVIDEZ MARTINEZ, JR.,

Applicant,

v.

WARDEN SUSAN JONES, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN SUTHERS,

Respondents.

## ORDER OF DISMISSAL

Applicant, Fernando Benevidez Martinez, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Centennial Correctional Facility in Cañon City, Colorado. Mr. Martinez initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee.

Magistrate Judge Boyd N. Boland reviewed Mr. Martinez's application and found that it was deficient because Mr. Martinez failed to assert any claims for relief. Therefore, on April 28, 2008, Magistrate Judge Boland ordered Mr. Martinez to file an amended application that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and with Rule 4 of the Rules Governing Section 2254 Cases. The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); *Browder v. Director, Dep't of Corrections*, 434 U.S. 257, 269 (1978); *Ewing v. Rodgers*, 826 F.2d 967, 969-70 (10th Cir. 1987). Rule

4 of the Rules Governing Section 2254 Cases also requires Mr. Martinez to go beyond notice pleading. See *Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977).

Mr. Martinez has failed within the time allowed to file an amended application as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to prosecute and for failure to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and with Rule 4 of the Rules Governing Section 2254 Cases.

DATED at Denver, Colorado, this 6 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00650-BNB

Fernando Benevidez Martinez
Prisoner No. 95883
Centennial Correctional Facility
PO Box 600 - Unit G1-1
Cañon City, CO 81215-0600

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/7/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk