# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00650-BNB

FERNANDO BENEVIDEZ MARTINEZ, JR.,

    Applicant,

v.

WARDEN SUSAN JONES, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN SUTHERS,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2008

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The motion for reconsideration submitted to and filed with the Court on May 16, 2008, by Applicant, Fernando Benevidez Martinez, Jr., is DENIED as moot. The Court vacated the Order of Dismissal and Judgment in an order entered on May 16, 2008, and filed on May 19, 2008. Therefore, the Court already granted Applicant the relief he seeks in the May 16 motion for reconsideration.

Dated: May 19, 2008

Copies of this Minute Order mailed on May 19, 2008, to the following:

Fernando Benevidez Martinez
Prisoner No. 95883
CCF - Unit G1-1
PO Box 600
Cañon City, CO 81215- 0600

_____
Secretary/Deputy Clerk